IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ALISA RENEE PERRY, Individually and as Personal Representative of the ESTATE OF JASMINE RENEE PERRY, Deceased, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 114-225 |
| ENT SURGERY CENTER OF AUGUSTA, LLC; AUGUSTA ENT, P.C.; and WILLIAM E. BARFIELD, III, M.D., Individually and as employee/agent of ENT SURGERY CENTER OF AUGUSTA, LLC and AUGUSTA ENT, P.C., | * * * * * * * * * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 26.)  The Court hereby **DISMISSES WITH PREJUDICE** all claims in the above-captioned suit. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 15th day of December, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA